# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139286(74)

_____

In re Estate of ALEXANDER CLARK, III,
Deceased.

_____

JULIE CLARK,
      Petitioner-Appellant,

v

RICHARD SIRIANI, Personal Representative of
the Estate of ALEXANDER CLARK, III,
FREDERICK CLARK, and ROBERT CLARK,
      Respondents-Appellees.

SC: 139286
COA: 282000
Oakland Probate Ct:
      2006-305129-DE

_____/

      On order of the Court, the motion for reconsideration of this Court's October 26, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

      Clerk

y0125